GEORGE SCHOR, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Submitted March 9, 1936; decided April 14, 1936.)

*Abraham B. Hertz, Nathan H. Herman* and *Harold Siegel* for appellant.

*Kenneth DeF. Carpenter* and *Louis H. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Taking no part: O'BRIEN, J.